# Exhibit A



# Law Office of Neal L. Weinstein

Admitted in Maine and Massachusetts

32 Saco Avenue
Old Orchard Beach, ME 04064

**VIA CERTIFIED MAIL**
November 5, 2025

Phone: 207-934-2173
Fax: 207-934-5800
E-mail: nweinlaw@gmail.com

Sunrise Credit Services, Inc.
c/o Edwin Daggett, Jr., Clerk
Daggett & Parker
P.O. Box 10189
Portland, ME 04104

**RE:   Neal Weinstein v. Sunrise Credit Services, Inc. and AT&T Mobility, LLC**
**Our File No. 157-282**

Attorney Daggett,

Sunrise Credit Services, Inc. is the Defendant in the above referenced case being filed in the Biddeford District Court. Please find enclosed for your acceptance on behalf of the corporation a copy of a Summons and Complaint as well as two Acknowledgment of Receipt of Summons and Complaint forms. Please complete one of the acknowledgment forms and return in the stamped self-addressed envelope I have also enclosed.

Your attention to this matter is greatly appreciated.

Sincerely,

*Carol Brown*
Carol Brown
Paralegal
encs.
cc: file

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

| | | |
|---|---|---|
| NEAL WEINSTEIN _____ Plaintiff | | "X" the court for filing:<br>☐ Superior Court  ☒ District Court |
| V. | | County: YORK |
| SUNRISE CREDIT SERVICES, INC. _____ Defendant<br>c/o Edwin Daggett Jr., Clerk _____ Address<br>Daggett & Parker<br>P.O. Box 10189<br>Portland, ME 04104 | | Location (Town): BIDDEFORD<br>Docket No.: _____ |

**SUMMONS**
M. R. Civ. P. 4(d)

The Plaintiff has begun a lawsuit against you in the ☒ District ☐ Superior Court, which holds sessions at (*street address*) __515 Elm Street_____, in the Town/City of __Biddeford_____, County of __York_____, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer by delivering a copy of it in person, by mail, or by email to the Plaintiff's attorney, whose name and address, including email address appear below, or by delivering a copy of it in person or by mail to the Plaintiff, if the Plaintiff's name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to: Clerk of ☒ District ☐ Superior Court,

__515 Elm Street_____, __Biddeford____, Maine __04005__
*(Mailing Address)*                    *(Town, City)*              *(Zip)*

before, or within a reasonable time after, it is served. Court rules governing the preparation and service of Answers are found at www.courts.maine.gov.

---

**IMPORTANT WARNING**: If you fail to serve an answer within the time stated above, or if, after you answer, you fail to appear at any time the Court notifies you to do so, a judgment by default may be entered against you in your absence for the money damages or other relief demanded in the Complaint. If this occurs, your employer may be ordered to pay part of your wages to the Plaintiff or your personal property, including bank accounts and your real estate may be taken to satisfy the judgment. **If you intend to oppose this lawsuit, do not fail to answer within the requested time.**

---

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

Date (*mm/dd/yyyy*): 11/05/2025

| | | |
|---|---|---|
| Neal Weinstein<br>Bar #2230<br>32 Saco Avenue<br>Old Orchard Beach, ME 04064<br>207-934-2173/nweinlaw@gmail.com | (☐ Attorney for) Plaintiff<br>Bar # (if applicable)<br>Address<br><br>Telephone/Email | (Seal of Court)<br><br>▶ _____<br>Clerk |

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

| | |
|---|---|
| STATE OF MAINE<br>YORK, SS | DISTRICT COURT<br>CIVIL ACTION<br>DOCKET NO. CV-25- |

| | |
|---|---|
| NEAL L. WEINSTEIN, ESQ.,<br>　　　　PLAINTIFF<br><br>V.<br><br>SUNRISE CREDIT SERVICES INC<br>and<br>AT&T MOBILITY<br>　　　　　DEFENDANTS | **COMPLAINT** |

NOW COMES the Plaintiff, Neal L. Weinstein, and complains as follows:

1. The Plaintiff is an attorney with his principal place of business located in Old Orchard Beach, County of York and State of Maine.

2. Defendant Sunrise Credit Services Inc. (hereinafter "Sunrise") is a corporation with a principal place of business located at 8 Corporate Center Dr., Suite 300, Melville, NY, 11747, and is a collection agency doing business in Maine, with a Maine corporate agent.

3. Defendant Sunrise reports to credit agencies, including TransUnion, Experian, and Equifax, regarding unpaid and overdue debts and collections.

4. Defendant AT&T Mobility is a Delaware business doing business in Maine, and on information and belief, contracts with Sunrise to collect overdue bills and debts of its customers.

5. On or about July 28, 2025, Plaintiff Weinstein received emails from several of his finance and credit card monitoring agencies, informing him that his credit rating was reduced by some 140 points, and that there was an unpaid collection action against him from AT&T Mobility, through Sunrise, for an amount exceeding $999.

6. Plaintiff Weinstein has never contracted with AT&T Mobility at any time in his life, and has never used any AT&T Mobility cellular equipment or services.

7. On or about July 28, 2025, Weinstein contacted Sunrise through both email and telephone communications, informing Sunrise that this was a fraudulent charge, that he had never been a customer of AT&T Mobility, and that this was either an error or identity theft.

8.      Defendant Sunrise indicated that it would confirm the account and respond to the Plaintiff.

9.      Several days later, Defendant Sunrise contacted the Plaintiff and indicated that Sunrise confirmed the debt and collection action with AT&T Mobility, and that it would take no further action of any kind on behalf of Plaintiff Weinstein, to correct the fraudulent billing and collection action and/or identity theft matter, and remove the false negative credit rating.

10.     Pursuant to Title 32 MRS, §11013, 2. False or misleading representations. A debt collector may not use any false, deceptive or misleading representation or means in connection with the collection of any debt. Without limiting the general application of this subsection, the following conduct is a violation of this section: H. Communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.

11.     Prior to slandering the credit-worthiness of the Plaintiff, the Defendant Sunrise made no communications, through email, written letters, texts, or otherwise, that any debt was owed to anyone, and sent no Default notices or similar communications required pursuant to 9-A MRS §5-109.

12.     In addition to the failure of Sunrise to send a Default notice, Sunrise also failed to send a Right to Cure Notice pursuant to 9-A MRS §5-110, but simply slandered the credit-worthiness of Plaintiff Weinstein.

13.     Even after Plaintiff Weinstein put Sunrise on Notice of the false and fraudulent debt and issue of potential identity theft, Sunrise still refused to take action to correct their erroneous, hurtful, damaging, destructive and erroneous damaging false credit report.

14.     As a direct and proximate result of Defendant Sunrise's failure to comply with 32 MRS and other statutory requirements of the law, and send a default notice, and a right to cure notice, before slandering the credit-worthiness of the Plaintiff; and based on its continuing refusal to correct the erroneous information after receiving notice of the false and fraudulent nature of their collection agency reporting, Plaintiff has suffered damages, and seeks punitive damages for the malicious, destructive, and irresponsible conduct on the part of Sunrise, along with other general damages.

## COUNT I
### (Fraud, Deceit and Misrepresentation - Sunrise Credit)

15.     Plaintiff repeats and realleges each of the allegations contained in Paragraphs 1 through 14 as if set forth fully herein.

16. Sunrise made no communications, through email, written letters, texts, or otherwise, that any debt was owed to anyone, and sent no Default notices or similar communications required pursuant to 9-A MRS §5-109.

17. Sunrise acted fraudulently and deceitfully in not making written and or oral communications to the Plaintiff prior to reporting the false AT & T Mobility debt to the credit bureaus.

18. Sunrise represented to the Plaintiff that it would confirm the debt being disputed and get back to the Plaintiff and later said that the debt was confirmed and provided no evidence of how it was allegedly confirmed.

19. Sunrise knew that the misrepresentations it made about confirming the debt were material, false and fraudulent when it made them.

20. Sunrise has refused to remove the erroneous and fraudulent debt from the Plaintiff's credit report.

21. As a direct and proximate result of Sunrise's fraudulent actions Plaintiff has suffered monetary damages.

WHEREFORE the Plaintiff requests this Court to grant judgment against the Defendant Sunrise in the amount of $100,000 for fraud, deceit and misrepresentation, award him his reasonable attorney fees and costs for having to bring this action, and for such further relief as this Court deems just and reasonable, including punitive damages.

## COUNT II
### (Negligence – Sunrise Credit)

22. Plaintiff repeats and realleges each of the allegations contained in Paragraphs 1 through 21 as if set forth fully herein.

23. Sunrise acted negligently refusing to take action to correct their erroneous, hurtful, damaging, destructive and erroneous damaging false credit report, by making no communications, through email, written letters, texts, or otherwise, that any debt was owed to anyone, and sent no Default notices or similar communications required pursuant to 9-A MRS §5-109.

24. As a direct and proximate cause of Sunrise's negligence, the Plaintiff has suffered monetary damages.

WHEREFORE the Plaintiff requests this Court to grant judgment against the Defendant Sunrise in the amount of $100,000 for fraud, deceit and misrepresentation, and negligence, award him his reasonable attorney fees and costs for having to bring this action, and for such further relief as this Court deems just and reasonable, including punitive damages.

## COUNT III
### (Slander of Credit – Sunrise Credit)

25. Plaintiff repeats and realleges each of the allegations contained in Paragraphs 1 through 24 as if set forth fully herein.

26. Sunrise had a duty to communicate, through email, written letters, texts, or otherwise, that a debt was owed to anyone, and to send Default notices or similar communications required pursuant to 9-A MRS §5-109.

27. Sunrise breached that duty by not communicating, through email, written letters, texts, or otherwise, that a debt was owed to anyone, and by not sending Default notices or similar communications required pursuant to 9-A MRS §5-109.

28. Sunrise knew or should have known that the fraudulent debt did not belong to the Plaintiff prior to reporting it to the credit reporting agencies.

29. Sunrise slandered the Plaintiff's credit rating by reporting it to the credit agencies without doing its due diligence to confirm it was his debt.

30. As a direct and proximate cause of Sunrise's actions, the Plaintiff has suffered monetary damages.

WHEREFORE the Plaintiff requests this Court to grant judgment against the Defendant Sunrise in the amount of $100,000 for fraud, deceit and misrepresentation, negligence, and slander of title, award him his reasonable attorney fees and costs for having to bring this action, and for such further relief as this Court deems just and reasonable, including punitive damages.

## COUNT IV
### (Fraud, Deceit and Misrepresentation – AT&T Mobility)

31. Plaintiff repeats and realleges each of the allegations contained in Paragraphs 1 through 30 as if set forth fully herein.

32. AT & T made no communications, through email, written letters, texts, or otherwise, that any debt was owed to them and sent no Default notices or similar communications required pursuant to 9-A MRS §5-109.

33. AT & T acted fraudulently and deceitfully in not making written and or oral communications to the Plaintiff prior to reporting the false AT & T Mobility debt to Sunrise, a collection agency.

34. AT & T represented to Sunrise that it had an unpaid debt with the Plaintiff and allegedly confirmed the debt being disputed with Sunrise.

35. AT & T knew that the misrepresentation it made about confirming the debt were material, false and fraudulent when it made them.

36. AT & T has refused to remove the debt from the Plaintiff's credit report.

37. As a direct and proximate result of AT & T's fraudulent actions Plaintiff has suffered monetary damages.

WHEREFORE the Plaintiff requests this Court to grant judgment against the Defendant AT&T Mobility in the amount of $100,000 for fraud, deceit and misrepresentation, award him his reasonable attorney fees and costs for having to bring this action, and for such further relief as this Court deems just and reasonable, including punitive damages.

## COUNT V
### (Negligence – AT&T Mobility)

38. Plaintiff repeats and realleges each of the allegations contained in Paragraphs 1 through 37 as if set forth fully herein.

39. AT & T acted negligently in refusing to take action to correct their erroneous, hurtful, damaging, destructive and erroneous damaging false debt, by making no communications, through email, written letters, texts, or otherwise, that any debt was owed to it, and sent no Default notices or similar communications required pursuant to 9-A MRS §5-109.

40. As a direct and proximate cause of AT & T's negligence, the Plaintiff has suffered monetary damages.

WHEREFORE the Plaintiff requests this Court to grant judgment against the Defendant AT&T Mobility in the amount of $100,000 for fraud, deceit and misrepresentation and negligence, award him his reasonable attorney fees and costs for having to bring this action, and for such further relief as this Court deems just and reasonable, including punitive damages.

## COUNT VI
### (Slander of Title – AT&T Mobility)

41. Plaintiff repeats and realleges each of the allegations contained in Paragraphs 1 through 40 as if set forth fully herein.

42. AT & T had a duty to communicate, through email, written letters, texts, or otherwise, that a debt was owed to anyone, and to send Default notices or similar communications required pursuant to 9-A MRS §5-109.

43. AT & T breached that duty by not communicating, through email, written letters, texts, or otherwise, that a debt was owed to anyone, and by not sending Default notices or similar communications required pursuant to 9-A MRS §5-109.

44. AT & T knew or should have known that the fraudulent debt did not belong to the Plaintiff prior to reporting it to Sunrise for collection.

45. AT & T slandered the Plaintiff's credit rating by reporting it to Sunrise without doing its due diligence to confirm it was his debt.

46. As a direct and proximate cause of AT & T's actions, the Plaintiff has suffered monetary damages.

WHEREFORE the Plaintiff requests this Court to grant judgment against the Defendant AT&T Mobility in the amount of $100,000 for fraud, deceit and misrepresentation, negligence and slander of title, award him his reasonable attorney fees and costs for having to bring this action, and for such further relief as this Court deems just and reasonable, including punitive damages.

Dated this 5th day of November 2025.

Neal L. Weinstein, Esq.
Bar No. 2230

Law Offices of Neal L. Weinstein
32 Saco Avenue
Old Orchard Beach, ME 04064
207-934-2173
nweinlaw@gmail.com

CONTAINS NONPUBLIC DIGITAL INFORMATION     **MAINE JUDICIAL BRANCH**

*Complete the caption that applies to your case:*

☒ Neal Weinstein _____ Plaintiff/Petitioner

V.

Sunrise Credit Services, Inc. _____ Defendant/Respondent

AT&T Mobility, LLC _____ Other Party

*"X" the court for filing:*

☐ Superior Court ☒ District Court
☐ Unified Criminal Docket
☐ Supreme Judicial Court
County: York _____
Location (Town): Biddeford _____
Docket No.: _____

**OR**

☐ IN RE: _____

## NOTICE REGARDING ELECTRONIC SERVICE

**NOTICE TO PARTIES:** All parties who are represented by an attorney are subject to the requirements of Electronic Service under Rule 5 of the Maine Rules of Civil Procedure, and Rule 49(d) of the Maine Rules of Unified Criminal Procedure.

**OPT IN:** *If you do not have an attorney*, papers that must be served on you <u>by other parties</u> in this case will be sent to you through the regular mail to your address of record. But **you have a choice** to allow other parties to serve you by sending documents electronically to your designated email address.

> **PLEASE NOTE:** Any electronic service that you opt into applies only to papers served on you by other parties. It does not apply to documents that are sent to you by the court or documents that you file with the court.
>
> **Even if you opt in to allow service by email, you can only send documents to the other parties by email if (1) they also opt in by completing this form, and (2) you can scan and create .pdf files of documents.**

<u>**If you choose not to opt in, you do not need to do anything.**</u> If you would like to receive papers electronically, you must meet the requirements set forth below. Check the appropriate box(es), sign, and mail or email the form to all other parties in the case. <u>Do not file this form with the Court.</u>

☐ **Electronic Receipt:** I choose to OPT IN to allow other parties to email me documents in this case. I have reviewed and meet all of the following electronic receipt requirements:

 ☐ I have a trusted email account and I have daily access to this account;
 ☐ I understand that **I will receive time-sensitive documents** through this email address including documents that may require me to take action in this case;
 ☐ This email account has available electronic storage of at least 1 gigabyte;
 ☐ This email account accepts emails with attachments of up to 10 megabytes; and
 ☐ I will be able to maintain this email account throughout this case.

Date (*mm/dd/yyyy*): _____      ▶ _____
Signature of Self-Represented Party
*(You do not have to print and sign this form. Typing your name above after /s/ will be accepted as an electronic signature.)*

Print name: _____
Print email address: _____

> **ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation contact the Court Access Coordinator, <u>accessibility@courts.maine.gov</u>, or a court clerk.
> **Language Services:** For language assistance and interpreters, contact a court clerk or <u>interpreters@courts.maine.gov</u>.

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

| | | |
|---|---|---|
| NEAL WEINSTEIN | Plaintiff | *"X" the court for filing:*<br>☐ Superior Court ☒ District Court |
| V. | | County: YORK |
| | | Location (Town): BIDDEFORD |
| SUNRISE CREDIT SERVICES, INC. | Defendant | Docket No.: |

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT, POST-JUDGMENT MOTION, OR NOTICE OF REGISTRATION OF FOREIGN JUDGMENT
M.R. Civ. P. 4(c)(1)

**Please sign the acknowledgment below and return this form to the sender** in the enclosed self-addressed stamped envelope so the sender will get it within 20 days from the day it was mailed to you. If you do not do this, you may be required by the Court to pay for the cost of having the sheriff serve the Summons and Complaint, or Post-Judgment Motion, or Notice of Registration of Foreign Judgment on you.

(If you are the party **sending** this document to serve the opposing party, **keep a copy of this form and a copy of the documents you are serving for your records.**)

### STATEMENT

By signing, dating and returning this form, I state that I received a copy of the Summons and Complaint, the Post-Judgment Motion, or Notice of Registration of Foreign Judgment with accompanying documents and that I understand the applicable statements below.

**AS TO CIVIL CASES,** I understand that if I do not file an answer to the Complaint or an objection to the Motion within the time limits established by statute or court rule and appear at all court conferences and hearings, then a judgment may be entered against me in my absence, and Plaintiff or the moving party may request that other orders be entered against me.

**AS TO INTITIAL FAMILY MATTERS (DIVORCE, PARENTAL RIGHTS AND RESPONSIBILITIES, PARENTAGE, GRANDPARENTS' VISITATION RIGHTS, JUDICIAL SEPARATION, ANNULMENT, AND TERMINATION OF PARENTAL RIGHTS UNDER 19-A M.R.S. § 1658) AND POST-JUDGMENT MOTIONS ARISING FROM THOSE ACTIONS,** I understand that:

- If I was served with a complaint or petition, I may file an answer, counterclaim, or response (forms FM-186, FM-187, FM-229, or FM-225 are available for this at the clerk's office or at www.courts.maine.gov) within 21 days of being served. If I am filing response to a petition for grandparent visitation rights or a complaint for de facto parentage, I must file an affidavit with my response;

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-FM-036, Rev. 08/24                     Page 1 of 2                          www.courts.maine.gov
Acknowledgment of Receipt of Summons and
Complaint, Post-Judgment Motion, or Notice
of Foreign Judgment Registration

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

- If I was served with a post-judgment motion, I understand that I may file a cross-motion or objection within 21 days of being served, except that I may file a response to a motion to modify only child support within 30 days after being served;

- If I do not want to file an answer, counterclaim, response, cross-motion, or objection, but I do want to be heard on issues applicable to my case including parental rights and responsibilities, child support, spousal support, attorney fees, and the division of marital and non-marital property, I must (1) appear at all court conferences and hearings, and (2) file an Entry of Appearance (form FM-020) if I am not represented by an attorney; and

- If I do not enter an appearance or appear at court, judgment may be entered against me in my absence, and the plaintiff or petitioner may request that other orders be entered against me.

**AS TO NOTICES OF REGISTRATION OF FOREIGN JUDGMENT**, I have read the Notice of Registration (form CV-FM-110) and understand that if I want to contest the validity of the registered foreign judgment, I must request a hearing within the time specified on the Notice of Registration using the Request for Hearing Form (form CV-FM-203). I understand that if I do not contest the validity or enforcement of the registered foreign judgment, the court will confirm and enforce the judgment, including any alleged arrearages, and I will not be able to contest the judgment later.

Date (*mm/dd/yyyy*): _____     ▶ _____
                                            Signature

Printed Name: _____
☐ Attorney for: _____
Bar No. (*if applicable*): _____
Mailing Address: _____

Phone: ( ) _____
Email: _____

**IMPORTANT WARNING:** You are responsible for notifying the court clerk of any changes to your address and telephone number. If you do not inform the clerk of any changes to either your address or telephone number, it may not be possible for you to get notices of court conferences and hearings.

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-FM-036, Rev. 08/24                 Page 2 of 2                    www.courts.maine.gov
Acknowledgment of Receipt of Summons and
Complaint, Post-Judgment Motion, or Notice
of Foreign Judgment Registration

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

| | | |
|---|---|---|
| NEAL WEINSTEIN | Plaintiff | *"X" the court for filing:* ☐ Superior Court ☒ District Court |
| V. | | County: YORK |
| | | Location (Town): BIDDEFORD |
| SUNRISE CREDIT SERVICES, INC. | Defendant | Docket No.: |

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT, POST-JUDGMENT MOTION, OR NOTICE OF REGISTRATION OF FOREIGN JUDGMENT
M.R. Civ. P. 4(c)(1)

**Please sign the acknowledgment below and return this form to the sender** in the enclosed self-addressed stamped envelope so the sender will get it within 20 days from the day it was mailed to you. If you do not do this, you may be required by the Court to pay for the cost of having the sheriff serve the Summons and Complaint, or Post-Judgment Motion, or Notice of Registration of Foreign Judgment on you.

(If you are the party **sending** this document to serve the opposing party, **keep a copy of this form and a copy of the documents you are serving for your records.**)

**STATEMENT**

By signing, dating and returning this form, I state that I received a copy of the Summons and Complaint, the Post-Judgment Motion, or Notice of Registration of Foreign Judgment with accompanying documents and that I understand the applicable statements below.

**AS TO CIVIL CASES,** I understand that if I do not file an answer to the Complaint or an objection to the Motion within the time limits established by statute or court rule and appear at all court conferences and hearings, then a judgment may be entered against me in my absence, and Plaintiff or the moving party may request that other orders be entered against me.

**AS TO INTITIAL FAMILY MATTERS (DIVORCE, PARENTAL RIGHTS AND RESPONSIBILITIES, PARENTAGE, GRANDPARENTS' VISITATION RIGHTS, JUDICIAL SEPARATION, ANNULMENT, AND TERMINATION OF PARENTAL RIGHTS UNDER 19-A M.R.S. § 1658) AND POST-JUDGMENT MOTIONS ARISING FROM THOSE ACTIONS,** I understand that:

- If I was served with a complaint or petition, I may file an answer, counterclaim, or response (forms FM-186, FM-187, FM-229, or FM-225 are available for this at the clerk's office or at www.courts.maine.gov) within 21 days of being served. If I am filing response to a petition for grandparent visitation rights or a complaint for de facto parentage, I must file an affidavit with my response;

---

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

---

CV-FM-036, Rev. 08/24                    Page 1 of 2                    www.courts.maine.gov
Acknowledgment of Receipt of Summons and
Complaint, Post-Judgment Motion, or Notice
of Foreign Judgment Registration

CONTAINS NONPUBLIC DIGITAL INFORMATION

**MAINE JUDICIAL BRANCH**

- If I was served with a post-judgment motion, I understand that I may file a cross-motion or objection within 21 days of being served, except that I may file a response to a motion to modify only child support within 30 days after being served;

- If I do not want to file an answer, counterclaim, response, cross-motion, or objection, but I do want to be heard on issues applicable to my case including parental rights and responsibilities, child support, spousal support, attorney fees, and the division of marital and non-marital property, I must (1) appear at all court conferences and hearings, and (2) file an Entry of Appearance (form FM-020) if I am not represented by an attorney; and

- If I do not enter an appearance or appear at court, judgment may be entered against me in my absence, and the plaintiff or petitioner may request that other orders be entered against me.

**AS TO NOTICES OF REGISTRATION OF FOREIGN JUDGMENT**, I have read the Notice of Registration (form CV-FM-110) and understand that if I want to contest the validity of the registered foreign judgment, I must request a hearing within the time specified on the Notice of Registration using the Request for Hearing Form (form CV-FM-203). I understand that if I do not contest the validity or enforcement of the registered foreign judgment, the court will confirm and enforce the judgment, including any alleged arrearages, and I will not be able to contest the judgment later.

Date (*mm/dd/yyyy*): _____    ▶ _____
                                                    Signature

Printed Name: _____
☐ Attorney for: _____
Bar No. (*if applicable*): _____
Mailing Address: _____
_____
Phone: ( ) _____
Email: _____

**IMPORTANT WARNING:** You are responsible for notifying the court clerk of any changes to your address and telephone number. If you do not inform the clerk of any changes to either your address or telephone number, it may not be possible for you to get notices of court conferences and hearings.

**ADA Notice:** The Maine Judicial Branch complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation, contact the Court Access Coordinator, accessibility@courts.maine.gov, or a court clerk.
**Language Services:** For language assistance and interpreters, contact a court clerk or interpreters@courts.maine.gov.

CV-FM-036, Rev. 08/24                    Page 2 of 2                    www.courts.maine.gov
Acknowledgment of Receipt of Summons and
Complaint, Post-Judgment Motion, or Notice
of Foreign Judgment Registration